IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY GOLLADAY,

    Plaintiff,

v.                                                                         No. 19-cv-1047 GBW/SMV

RICHARD RINCON, ERIC SILVA,
and CHEYENNE BUNKER,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on review of the Joint Status Report and Provisional Discovery Plan [Doc. 10] ("JSR"), filed on January 21, 2020. Defendants timely filed the JSR, but it includes no input from Plaintiff. *Id.* at 2. Defendants indicated that Plaintiff did not provide his portion to them. *Id.* Plaintiff's counsel must show cause no later than 5:00 p.m. on January 28, 2020, why she should not be sanctioned for failing to participate in the preparation of the JSR.

The Court held a telephonic status conference on December 2, 2019, for which Plaintiff's counsel, Lauren E.A. Truitt, was present. [Doc. 7] at 1. The Court discussed the JSR, among other things, with counsel. *Id.* The Court also issued its Initial Scheduling Order [Doc. 8] ("ISO") on December 2, 2019, in which Plaintiff was ordered to "cooperate in preparing a [JSR]." *Id.* at 2. The notice of electronic filing for the ISO confirms that it was served on Plaintiff's counsel, Ms. Truitt, at lauren@truittlegalgroup.com on December 2, 2019.

**IT IS THEREFORE ORDERED** that **no later than 5:00 p.m. on January 28, 2020**, attorney Lauren E.A. Truitt must show cause, in writing, why she should not be sanctioned for her

failure to participate in the preparation of the Joint Status Report and Provisional Discovery Plan, in accordance with the Court's Initial Order [Doc. 8].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**